IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-01295-RPM**

**JOLENE MICHELLE REED,**

    Plaintiff,

v.

**ARAPAHOE COUNTY SHERIFF'S OFFICE,
BOARD OF COUNTY COMMISSIONERS, ARAPAHOE COUNTY, COLORADO,
CENTURA HEALTH** *dba* **PORTER ADVENTIST HOSPITAL,
SOUTH METRO FIRE RESCUE AUTHORITY,
DEVIN C. BATEMAN,, M.D.
BARBARA GALINSKY,
DIANA L. HARPER,
T. KLISNICK,
ROBIN K. LEBSACK
MICHAEL SCHUETT, M.D.,
JOHN DOE 1and 2** and
**JANE DOE,**

    Defendants.
_____

**ORDER**
_____

    **THIS MATTER** having come before the Court on the **STIPULATED MOTION TO DISMISS ARAPAHOE COUNTY SHERIFF'S OFFICE, BOARD OF COUNTY COMMISSIONERS, ARAPAHOE COUNTY, COLORADO, AND SOUTH METRO FIRE RESCUE AUTHORITY WITH PREJUDICE**, and the Court being fully advised in the matter,

    **IT IS HEREBY ORDERED** that all claims for relief against Defendants Board of County Commissioners, Arapahoe County, and Arapahoe County Sheriff's Office, and Defendant South Metro Fire and Rescue Authority are dismissed with prejudice, each party to bear its own costs and attorney fees.

**DATED** this 17th day of September, 2010.        FOR THE COURT:

                                                                 s/Richard P. Matsch
                                                                 _____
                                                                 Richard P. Matsch, Senior District Judge