IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-01295-RPM**

**JOLENE MICHELLE REED,**
  Plaintiff,

v.

**ARAPAHOE COUNTY SHERIFF'S OFFICE,**
**BOARD OF COUNTY COMMISSIONERS, ARAPAHOE COUNTY, COLORADO,**
**CENTURA HEALTH** *dba* **PORTER ADVENTIST HOSPITAL,**
**SOUTH METRO FIRE RESCUE AUTHORITY,**
**DEVIN C. BATEMAN,, M.D.**
**BARBARA GALINSKY,**
**DIANA L. HARPER,**
**T. KLISNICK,**
**ROBIN K. LEBSACK**
**MICHAEL SCHUETT, M.D.,**
**JOHN DOE 1and 2** and
**JANE DOE,**
  Defendants.

---

**ORDER**
---

Pursuant to the **STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** **[37]**, filed on October 1, 2010, it is

**ORDERED** that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

**DATED** this 4th day of October, 2010.

  BY THE COURT:

  s/Richard P. Matsch
  _____
  Richard P. Matsch, Senior Judge